IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-546 ) |
| TIME WARNER CABLE INC.; TIME WARNER NY CABLE LLC; TIME WARNER ENTERTAINMENT COMPANY, L.P.; AOL LLC; COMPUSERVE INTERACTIVE SERVICES, INC.; NETSCAPE COMMUNICATIONS CORPORATION; UNITED STATES CELLULAR CORPORATION; TDS TELECOMMUNICATIONS CORPORATION; TDS METROCOM, LLC; CABLEVISION SYSTEMS CORPORATION; CSC HOLDINGS, INC.; CABLEVISION SYSTEMS NEW YORK CITY CORPORATION; CABLEVISION OF BROOKHAVEN, INC.; CABLEVISION OF CONNECTICUT CORPORATION; CABLEVISION OF HUDSON COUNTY, INC.; CABLEVISION OF LITCHFIELD, INC.; CABLEVISION OF MONMOUTH, INC.; CABLEVISION OF NEW JERSEY, INC.; CABLEVISION OF OAKLAND, LLC; CABLEVISION OF ROCKLAND/RAMAPO, LLC; CHARTER COMMUNICATIONS, INC.; CHARTER COMMUNICATIONS HOLDING COMPANY, LLC; CHARTER COMMUNICATIONS OPERATING, LLC; CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC; QWEST COMMUNICATIONS INTERNATIONAL INC.; QWEST WIRELESS, L.L.C.; QWEST COMMUNICATIONS CORPORATION; QWEST LD CORP.; QWEST BROADBAND SERVICES, INC.; QWEST INTERPRISE AMERICA, INC., | ) ) ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S**
<u>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ronald A. Katz Technology Licensing, L.P. states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

OF COUNSEL:

Robert T. Haslam
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

Dale A. Rice
Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

Dated: September 1, 2006
535510

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, true and correct copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Time Warner Cable Inc.;<br>Time Warner NY Cable LLC;<br>Time Warner Entertainment Company, L.P.;<br>Qwest Communications International Inc.;<br>Qwest Wireless, L.L.C.;<br>Qwest Communications Corporation;<br>Qwest LD Corp.;<br>Qwest Broadband Services, Inc.; and<br>Qwest Interprise America, Inc. | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| AOL LLC;<br>Compuserve Interactive Services, Inc.;<br>Netscape Communications Corporation;<br>TDS Telecommunications Corporation;<br>TDS Metrocom, LLC;<br>Cablevision Systems Corporation;<br>Cablevision of Litchfield, Inc.;<br>Cablevision of Oakland, LLC;<br>Cablevision of Rockland/Ramapo, LLC;<br>Charter Communications, Inc.;<br>Charter Communications Holding Company, LLC;<br>Charter Communications Operating, LLC; and<br>Charter Communications Entertainment I, LLC | c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| United States Cellular Corporation;<br>CSC Holdings, Inc.;<br>Cablevision Systems New York City Corporation;<br>Cablevision of Brookhaven, Inc.;<br>Cablevision of Connecticut Corporation;<br>Cablevision of Hudson County, Inc.;<br>Cablevision of Monmouth, Inc.; and<br>Cablevision of New Jersey, Inc. | c/o The Prentice-Hall Corporation System, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)