✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following    X  Patents or    ☐ Trademarks:

| DOCKET NO.<br>06-546 | DATE FILED<br>9/1/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Ronald A. Katz Technology Licensing LP | | DEFENDANT<br>Time Warner Cable Inc. et al |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,792,968 | 12/20/88 | FDR Interactive Tech |
| 2 | 4,930,150 | 05/29/90 | First Data Resources Inc. |
| 3 | 4,939,773 | 07/03/90 | First Data Resources Inc. |
| 4 | 4,987,590 | 01/22/91 | First Data Resources Inc. |
| 5 | 5,128,984 | 07/07/92 | First Data Resources Inc.                    CONTINUED |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>9/1/06 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

CONTINUED:

| | | |
|---|---|---|
| 5,251,252 | 10/05/93 | First Data Resources Inc. |
| 5,297,197 | 03/22/94 | First Data Resources Inc |
| 5,351,285 | 09/27/94 | First Data Resources Inc |
| 5,442,688 | 08/15/95 | Ronald A. Katz |
| 5,684,863 | 11/04/97 | Ronald A. Katz Technology Lic LP |
| 5,787,156 | 07/28/98 | Ronald A Katz Technology Licensing LP |
| 5,815,551 | 09/29/98 | Ronald A Katz Technology Licensing LP |
| 5,828,734 | 10/27/98 | Ronald A Katz Technology Licensing LP |
| 5,835,576 | 11/10/98 | Ronald A Katz Technology Licensing LP |
| 5,898,762 | 04/27/99 | Ronald A Katz Technology Licensing LP |
| 5,917,893 | 06/29/99 | Ronald A Katz Technology Licensing LP |
| 5,974,120 | 10/26/99 | Ronald A Katz Technology Licensing LP |
| 6,035,021 | 03/07/00 | Ronald A. Katz |
| 6,148,065 | 11/14/00 | Ronald A Katz Technology Licensing LP |
| 6,335,965 B1 | 01/01/02 | Ronald A Katz Technology Licensing LP |
| 6,349,134 B1 | 02/19/02 | Ronald A Katz Technology Licensing LP |
| 6,424,703 B1 | 07/23/02 | Ronald A Katz Technology Licensing LP |
| 6,434,223 B2 | 08/13/02 | Ronald A Katz Technology Licensing LP |
| 6,449,346 B1 | 09/10/02 | Ronald A Katz Technology Licensing LP |
| 6,512,415 B1 | 01/28/03 | Ronald A Katz Technology Licensing LP |
| 6,678,360 B1 | 01/13/04 | Ronald A Katz Technology Licensing LP |