# United States District Court

DISTRICT OF __DELAWARE__

SUMMONS IN A CIVIL ACTION

RONALD A. KATZ TECHNOLOGY )
LICENSING, L.P., )
)
)
Plaintiff, )
) CASE NUMBER:       06-546
v. )
)
TIME WARNER CABLE INC.; TIME )
WARNER NY CABLE LLC; TIME WARNER )
ENTERTAINMENT COMPANY, L.P.; AOL )
LLC; COMPUSERVE INTERACTIVE )
SERVICES, INC.; NETSCAPE )
COMMUNICATIONS CORPORATION; )
UNITED STATES CELLULAR )
CORPORATION; TDS )
TELECOMMUNICATIONS CORPORATION; )
TDS METROCOM, LLC; CABLEVISION )
SYSTEMS CORPORATION; CSC HOLDINGS, )
INC.; CABLEVISION SYSTEMS NEW YORK )
CITY CORPORATION; CABLEVISION OF )
BROOKHAVEN, INC.; CABLEVISION OF )
CONNECTICUT CORPORATION; )
CABLEVISION OF HUDSON COUNTY, INC.; )
CABLEVISION OF LITCHFIELD, INC.; )
CABLEVISION OF MONMOUTH, INC.; )
CABLEVISION OF NEW JERSEY, INC.; )
CABLEVISION OF OAKLAND, LLC; )
CABLEVISION OF ROCKLAND/RAMAPO, )
LLC; CHARTER COMMUNICATIONS, INC.; )
CHARTER COMMUNICATIONS HOLDING )
COMPANY, LLC; CHARTER )
COMMUNICATIONS OPERATING, LLC; )
CHARTER COMMUNICATIONS )
ENTERTAINMENT I, LLC; QWEST )
COMMUNICATIONS INTERNATIONAL INC.; )
QWEST WIRELESS, L.L.C.; QWEST )
COMMUNICATIONS CORPORATION; )
QWEST LD CORP.; QWEST BROADBAND )
SERVICES, INC.; QWEST INTERPRISE )
AMERICA, INC., )
)
Defendants. )

To: COMPUSERVE INTERACTIVE SERVICES, INC.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                            9-1-06
_____                    _____
CLERK                                                              DATE

_____
BY DEPUTY CLERK
535050

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | September 5, 2006 |
| NAME OF SERVER (PRINT) Richard Riley | TITLE | Courier |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[x] Other (specify): Service of the Summons and Complaint was made upon defendant Compuserve Interactive Services, Inc. by delivering copies thereof to defendant's registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/06
             Date                 Signature of Server

Blue Marble Logistics
800 King Street, Suite 102
Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure