AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __DELAWARE_____

|  |  |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIME WARNER CABLE INC.; TIME WARNER NY CABLE LLC; TIME WARNER ENTERTAINMENT COMPANY, L.P.; AOL LLC; COMPUSERVE INTERACTIVE SERVICES, INC.; NETSCAPE COMMUNICATIONS CORPORATION; UNITED STATES CELLULAR CORPORATION; TDS TELECOMMUNICATIONS CORPORATION; TDS METROCOM, LLC; CABLEVISION SYSTEMS CORPORATION; CSC HOLDINGS, INC.; CABLEVISION SYSTEMS NEW YORK CITY CORPORATION; CABLEVISION OF BROOKHAVEN, INC.; CABLEVISION OF CONNECTICUT CORPORATION; CABLEVISION OF HUDSON COUNTY, INC.; CABLEVISION OF LITCHFIELD, INC.; CABLEVISION OF MONMOUTH, INC.; CABLEVISION OF NEW JERSEY, INC.; CABLEVISION OF OAKLAND, LLC; CABLEVISION OF ROCKLAND/RAMAPO, LLC; CHARTER COMMUNICATIONS, INC.; CHARTER COMMUNICATIONS HOLDING COMPANY, LLC; CHARTER COMMUNICATIONS OPERATING, LLC; CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC; QWEST COMMUNICATIONS INTERNATIONAL INC.; QWEST WIRELESS, L.L.C.; QWEST COMMUNICATIONS CORPORATION; QWEST LD CORP.; QWEST BROADBAND SERVICES, INC.; QWEST INTERPRISE AMERICA, INC., )<br>)<br>Defendants. ) | **SUMMONS IN A CIVIL ACTION**<br><br>**CASE NUMBER:** |

TO: QWEST WIRELESS, L.L.C.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    9-1-06
_____            _____
CLERK                                              DATE

_____
BY DEPUTY CLERK
534959

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 5, 2006 |
| NAME OF SERVER (PRINT) *Scott Barber* | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): Service of the Summons and Complaint was made upon defendant Qwest Wireless, L.L.C. by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/2006   *[signature]*
      Date         Signature of Server

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE  19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure