# United States District Court

_____ DISTRICT OF __DELAWARE__ _____

RONALD A. KATZ TECHNOLOGY )
LICENSING, L.P., )
 )
      Plaintiff, )
 )
  v. )
 )
TIME WARNER CABLE INC.; TIME )
WARNER NY CABLE LLC; TIME WARNER )
ENTERTAINMENT COMPANY, L.P.; AOL )
LLC; COMPUSERVE INTERACTIVE )
SERVICES, INC.; NETSCAPE )
COMMUNICATIONS CORPORATION; )
UNITED STATES CELLULAR )
CORPORATION; TDS )
TELECOMMUNICATIONS CORPORATION; )
TDS METROCOM, LLC; CABLEVISION )
SYSTEMS CORPORATION; CSC )
HOLDINGS, INC.; CABLEVISION SYSTEMS )
NEW YORK CITY CORPORATION; )
CABLEVISION OF BROOKHAVEN, INC.; )
CABLEVISION OF CONNECTICUT )
CORPORATION; CABLEVISION OF )
HUDSON COUNTY, INC.; CABLEVISION OF )
LITCHFIELD, INC.; CABLEVISION OF )
MONMOUTH, INC.; CABLEVISION OF NEW )
JERSEY, INC.; CABLEVISION OF )
OAKLAND, LLC; CABLEVISION OF )
ROCKLAND/RAMAPO, LLC; CHARTER )
COMMUNICATIONS, INC.; CHARTER )
COMMUNICATIONS HOLDING COMPANY, )
LLC; CHARTER COMMUNICATIONS )
OPERATING, LLC; CHARTER )
COMMUNICATIONS ENTERTAINMENT I, )
LLC; QWEST COMMUNICATIONS )
INTERNATIONAL INC.; QWEST WIRELESS, )
L.L.C.; QWEST COMMUNICATIONS )
CORPORATION; QWEST LD CORP.; QWEST )
BROADBAND SERVICES, INC.; QWEST )
INTERPRISE AMERICA, INC., )
 )
      Defendants. )

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:**

TO: QWEST LD CORP.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          9-1-06
_____                      _____
CLERK                                                         DATE

_[signature]_
_____
BY DEPUTY CLERK
534965

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>September 5, 2006 |
| NAME OF SERVER (PRINT)<br>SCOTT BARBER | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Service of the Summons and Complaint was made upon defendant Qwest LD Corp. by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/2006  _____
             Date         Signature of Server

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure