IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 06-546-GMS |
| TIME WARNER CABLE INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants United States Cellular Corporation, TDS Telecommunications Corporation, and TDS Metrocom, LLC, subject to the approval of the Court, that each of these defendants may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

RLF1-3061916-1

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER |
|---|---|
| /s/ Julia Heaney | /s/ Frederick L. Cottrell, III |
| Mary B. Graham (#2256) | Frederick L. Cottrell, III (#2555) |
| mgraham@mnat.com | Cottrell@rlf.com |
| Julia Heaney (#3052) | Kelly E. Farnan (#4395) |
| jheaney@mnat.com | Farnan@rlf.com |
| Benjamin J. Schladweiler (#4601) | One Rodney Square |
| bschladweiler@mnat.com | Wilmington, DE 19801 |
| 1201 N. Market Street | 302.651.7509 |
| P.O. Box 1347 | |
| Wilmington, DE 19899-1347 | *Attorneys for United States Cellular* |
| 302.658.9200 | *Corporation, TDS Telecommunications* |
| | *Corporation and TDS Metrocom, LLC* |

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

Dated: September 22, 2006

SO ORDERED this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE