IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-546-GMS |
| TIME WARNER CABLE INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants Qwest Communications International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc., and Qwest Interprise America, Inc., subject to the approval of the Court, that each of these defendants may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

RLF1-3061942-1

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER |
|---|---|
| /s/ Julia Heaney<br>Mary B. Graham (#2256)<br>mgraham@mnat.com<br>Julia Heaney (#3052)<br>jheaney@mnat.com<br>Benjamin J. Schladweiler (#4601)<br>bschladweiler@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200<br><br>*Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.* | /s/ Jeffrey L. Moyer<br>Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com<br>Matthew W. King (#4566)<br>King@rlf.com<br>One Rodney Square<br>Wilmington, DE 19801<br>302.651.7509<br><br>*Attorneys for Qwest Communications*<br>*International Inc., Qwest Wireless, L.L.C.,*<br>*Qwest Communications Corporation, Qwest*<br>*LD Corp., Qwest Broadband Services, Inc.,*<br>*and Qwest Interprise America, Inc.* |

Dated: September 25, 2006

SO ORDERED this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE