IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 06-546 (GMS) |
| TIME WARNER CABLE INC., et al., | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert T. Haslam, Michael K. Plimack, Dale A. Rice, Andrew C. Byrnes, and Amy K. Van Zant of Heller Ehrman LLP in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Robert T. Haslam<br>Andrew C. Byrnes<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506<br>650.324.7000 | */s/ Julia Heaney (#3052)*<br><br>Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200 |
| Michael K. Plimack<br>Dale A. Rice<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>415.772.6000 | *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.* |

Dated: September 27, 2006
538691

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, Michael K. Plimack, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 31, 2006

Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Andrew C. Byrnes, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 31, 2006

Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Amy K. Van Zant, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 31, 2006

_____
Amy K. Van Zant
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Robert T. Haslam, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 31, 2006

*/s/ Robert T. Haslam*
Robert T. Haslam
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Dale A. Rice, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California, am admitted and in good standing as a member of the State Bar of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 31, 2006

*Dale A. Rice*
Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>rhorwitz@potteranderson.com
>
>Frederick L. Cottrell, III
>Richards, Layton & Finger
>cottrell@rlf.com
>
>Jeffrey L. Moyer
>Richards, Layton & Finger
>moyer@rlf.com
>
>Kelly Farnan
>Richards, Layton & Finger
>farnan@rlf.com

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com