IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-546-GMS |
| TIME WARNER CABLE INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Potter Anderson & Corroon, 1313 North Market Street, P.O. Box 951, Wilmington, DE 19899 withdraws its appearance for Defendants Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC and Charter Communications Entertainment I, LLC and the law firm of Richards, Layton & Finger, One Rodney Square, P. O. Box 551, Wilmington, DE 19899 is substituted for, and enters its appearance on behalf of, Defendants Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC and Charter Communications Entertainment I, LLC.

| | |
|---|---|
| /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>RHorwitz@potteranderson.com<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>302-984-6027 | /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>302-651-7700<br>Attorneys for Defendants Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC and Charter Communications Entertainment I, LLC. |

Dated: October 26, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY E-MAIL AND HAND DELIVERY**

Mary B. Graham
Julia Heaney
Morris Nichols Arsht & Tunnel
1201 North Market Street
Wilmington, Delaware 19801

I hereby certify that on October 26, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Robert T. Haslam | Michael K. Plimack |
| Andrew C. Byrnes | Dale A. Rice |
| Heller Ehrman LLP | Heller Ehrman, LLP |
| 275 Middlefield Road | 333 Bush Street |
| Menlo Park, CA 94025-3506 | San Francisco, CA 94104-2878 |

_____
Kelly E. Farnan (#4395)
farnan@rlf.com