IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-546-GMS ) ) ) ) ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested a limited extension of time from October 26 to November 2, 2006 to answer the Complaint because the below-named defendants have only recently retained Richards, Layton and Finger ("RLF") in this matter and the below-named defendants need one additional week to confer with RLF to evaluate the allegations raised in the Complaint and prepare defendants' answer to the Complaint;

WHEREAS each of the defendants signing this stipulation stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process, and will not file a motion in lieu of answering the Complaint;

IT IS HEREBY STIPULATED by Plaintiff and defendants Cablevision Systems Corporation, CSC Holdings, Inc., Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, and Cablevision of Rockland/Ramapo, LLC, subject to the approval of the Court, that each of these defendants may have until November 2, 2006 to answer

RLF1-3075072-1

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER |
|---|---|
| /s/ Julia Heaney<br>Mary B. Graham (#2256)<br>mgraham@mnat.com<br>Julia Heaney (#3052)<br>jheaney@mnat.com<br>Benjamin J. Schladweiler (#4601)<br>bschladweiler@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200<br><br>*Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P* | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>One Rodney Square<br>Wilmington, DE 19801<br>302.651.7509<br><br>*Attorneys for defendants Cablevision Systems Corporation, CSC Holdings, Inc., Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, and Cablevision of Rockland/Ramapo, LLC* |

Dated: October 26, 2006

SO ORDERED this ___ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**HAND DELIVERY**

| | |
|---|---|
| Jeffrey L. Moyer<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19899 | Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

I hereby certify that on October 26, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

| | |
|---|---|
| David Maxwell<br>William R. Hubbard<br>Patrick J. Flinn<br>Kristen L. Melton<br>Jeffrey A. Cooper<br>Angela Payne James<br>Cherri Gregg<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | John W. Kozak<br>Steven P. Petersen<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601<br><br>Josh Krevitt<br>Charles J. Boudreau<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193 |

Blas P. Arroyo
Alston & Bird LLP
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000

Kelly E. Farnan (#4395)

RLF1-3075096-1