IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-546-GMS ) ) ) ) ) ) |

**RULE 7.1(a) DISCLOSURE STATEMENT OF QWEST COMMUNICATIONS INTERNATIONAL, INC., QWEST WIRELESS, L.L.C., QWEST COMMUNICATIONS CORPORATION, QWEST LD CORP., QWEST BROADBAND SERVICES, INC. AND QWEST INTERPRISE AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Qwest Communications International, Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc. and Qwest Interprise America, Inc. (collectively, the "Qwest Defendants") state the following:

(i) Defendants Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc. and Qwest Interprise America, Inc. are direct or indirect subsidiaries of Qwest Services Organization, a non-party, and Defendant Qwest Communications International, Inc., a publicly traded company; and

(ii) Other than the parent/subsidiary relationship between Defendant Qwest Communications International, Inc. and the remaining Qwest Defendants, no other publicly traded company owns more than 10% of the stock of Qwest Defendants.

Qwest Defendants reserve the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

RLF1-3074822-1

/s/ *[signature]*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton and Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

Attorneys for Qwest Communications International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc., and Qwest Interprise America, Inc.

Dated: October 26, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY**

| | |
|---|---|
| Frederick L. Cottrell, III | Mary B. Graham |
| Richards, Layton & Finger, P.A. | Julia Heaney |
| One Rodney Square | Benjamin J. Schladweiler |
| Wilmington, DE 19899 | Morris, Nichols, Arsht & Tunnell |
| | 1201 N. Market Street |
| | Wilmington, DE 19899-1347 |

I hereby certify that on October 26, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Patrick J. Flinn | Blas P. Arroyo |
| Kristen L. Melton | Alston & Bird LLP |
| Jeffrey A. Cooper | Bank of America Plaza |
| Alston & Bird LLP | Suite 4000 |
| One Atlantic Center | 101 South Tryon Street |
| 1201 West Peachtree Street | Charlotte, NC 28280-4000 |
| Atlanta, GA 30309-3424 | |
| | John W. Kozak |
| David Maxwell | Steven P. Petersen |
| William R. Hubbard | Leydig, Voit & Mayer, Ltd. |
| Alston & Bird LLP | Two Prudential Plaza, Suite 4900 |
| One Atlantic Center | Chicago, IL 60601 |
| 1201 West Peachtree Street | |
| Atlanta, GA 30309-3424 | Josh Krevitt |
| | Charles J. Boudreau |
| Angela Payne James | Gibson, Dunn & Crutcher LLP |
| Cherri Gregg | 200 Park Avenue, 47th Floor |
| Alston & Bird LLP | New York, NY 10166-0193 |
| One Atlantic Center | |
| 1201 West Peachtree Street | |
| Atlanta, GA 30309-3424 | |

1

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Michael K. Plimack
Dale A. Rice
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

Jeffrey S. Standley
James L. Kwak
F. Michael Speed, Jr.
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, OH 43017

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com