IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-546 (GMS) |
| TIME WARNER CABLE INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**STATEMENT OF DEFENDANTS UNITED STATES CELLULAR
CORPORATION, TDS TELECOMMUNICATIONS CORPORATION
AND TDS METROCOM LLC PURSUANT TO RULE 7.1**

Defendants United States Cellular Corporation, TDS Telecommunications Corporation and TDS Metrocom LLC submit the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. United States Cellular Corporation is a publicly held corporation. Telephone and Data Systems, Inc., also a publicly held corporation, owns more than 10% of its stock.

2. TDS Telecommunications Corporation has a parent corporation, Telephone and Data Systems, Inc., which is a publicly held corporation that owns more than 10% of its stock.

3. TDS Metrocom LLC has a parent corporation, TDS Telecommunications Corporation, which has a parent corporation, Telephone and Data Systems, Inc., which is a publicly held corporation that owns more than 10% of its stock.

1

OF COUNSEL:

John W. Kozak
jkozak@leydig.com
Steven P. Petersen
spetersen@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
Suite 4900
Chicago, IL 60601
312.616.5600

Dated: October 26, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
302.651.7700

*Attorneys for United States Cellular Corporation, TDS Telecommunications Corporation and TDS Metrocom LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jeffrey L. Moyer
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Angela Payne James
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 20209-3424

Blas P. Arroyo
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000

Josh Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David Maxwell
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 20209-3424

Patrick J. Flinn
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 20209-3424

RLF1-3075111-1

Jeffrey S. Standley  
Standley Law Group LLP  
495 Metro Place South, Suite 210  
Dublin, OH 43107

Michael K. Plimack  
Dale A. Rice  
Heller Ehrman, LLP  
333 Bush Street  
San Francisco, CA 94104-2878

_____  
Frederick L. Cottrell, III (#2555)  
Cottrell@rlf.com

RLF1-3075111-1