IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al. <br><br> Defendants. | C. A. NO. 06-546-GMS |

### DEFENDANTS AOL LLC, COMPUSERVE INTERACTIVE SERVICES, INC. AND NETSCAPE COMMUNICATIONS CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendants AOL LLC, CompuServe Interactive Services Inc. and Netscape Communications Corporation hereby disclose that:

(1) CompuServe Interactive Services, Inc. and Netscape Communications Corporation are subsidiaries of AOL LLC.

(2) AOL LLC is a subsidiary of AOL Holdings LLC, which is a subsidiary of TW AOL Holdings Inc., which is a subsidiary of Time Warner Inc. Time Warner Inc. owns 10% or more of TW AOL Holdings Inc.

RLF1-3075062-1

OF COUNSEL:

Patrick J. Flinn
David M. Maxwell
William R. Hubbard
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Jeffrey S. Standley
James L. Kwak
F. Michael Speed, Jr.
STANDELY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017
Telephone (614) 792-5555
Facsimile (614) 792-5536

Dated: October 26, 2006

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Defendants and Counterclaimants AOL LLC, Compuserve Interactive Services, Inc. and Netscape Communications Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jeffrey L. Moyer
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Josh Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Angela Payne James
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 20209-3424

Blas P. Arroyo
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000

John W. Kozak
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Dale A. Rice
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com