IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | C.A. No. 06-546-GMS |
| v. | ) ) | |
| TIME WARNER CABLE INC., et al., | ) ) | |
| Defendants. | ) ) | |

**RULE 7.1(a) DISCLOSURE STATEMENT OF TIME WARNER CABLE INC.,
TIME WARNER NY CABLE LLC AND TIME WARNER
ENTERTAINMENT COMPANY, L.P.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Time Warner Cable Inc.,

Time Warner NY Cable LLC and Time Warner Entertainment Company, L.P. (collectively, the

"Time Warner Defendants") state the following:  (i) One or more of the Time Warner

Defendants is a direct or indirect subsidiary of Time Warner Inc., which is a publicly traded

company; and (ii) Adelphia Communications Corp., a publicly traded company, owns 10% or

more of one or more of the Time Warner Defendants' stock.  Time Warner Defendants reserve

the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

_(signature)_

_____

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendants Time Warner Cable
Inc., Time Warner NY Cable LLC and Time
Warner Entertainment Company, L.P.*

OF COUNSEL:
Patrick J. Flinn
Blas P. Arroyo
Kristen L. Melton
Jeffrey A. Cooper
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Jeffrey S. Standley
James L. Kwak
F. Michael Speed, Jr.
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017
(614) 792-5555

Dated: October 26, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jeffrey L. Moyer
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the

foregoing document to the following non-registered participant:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Josh Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Angela Payne James
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 20209-3424

Patrick J. Flinn
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

John W. Kozak
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Dale A. Rice
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

David Maxwell
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

Jeffrey S. Standley
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, OH  43107

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com