IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al. <br><br> Defendants. | C. A. No.:06- 00546 (GMS) <br><br> **JURY TRIAL DEMANDED** |

## CHARTER COMMUNICATIONS DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, and Charter Communications Entertainment I, LLC (collectively "Charter Communications") hereby make the following disclosures:

(1) Charter Communications, Inc. is publicly held and is traded on the NASDAQ. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

(2) Charter Communications Holding Company, LLC is not publicly traded. There are no parent corporations that wholly own Charter Communications Holding Company, LLC. Charter Communications, Inc. owns 100% of its voting stock and approximately 47% of its equity stock. The remaining equity stock is held by private investors.

(3) Charter Communications Operating, LLC is not publicly traded. Its ultimate parent company is Charter Communications, Inc., which holds Charter Communications Operating, LLC through Charter Communications Holding

Company, LLC and other wholly owned subsidiaries of Charter Communications Holding Company, LLC. No publicly held corporation other than Charter Communications, Inc. directly or indirectly owns 10% or more of Charter Communications Operating, LLC's stock.

(4) Charter Communications Entertainment I, LLC is not publicly traded. Its ultimate parent company is Charter Communications, Inc., which holds Charter Communications Entertainment I, LLC through Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, and other wholly owned subsidiaries of Charter Communications Holding Company, LLC. No publicly held corporation other than Charter Communications, Inc. directly or indirectly owns 10% or more of Charter Communications Entertainment I, LLC's stock.

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)

OF COUNSEL:

PATRICK J. FLINN
ANGELA PAYNE JAMES
CHERRI T. GREGG
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Dated: October 26, 2006

Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Direct Dial: (302) 651-7509
Facsimile: (302) 651-7701

*Attorneys for Defendants and Counter-Plaintiffs Charter Communications, Charter Communications Holding Company LLC, Charter Communications Operating, LLC, and Charter Communications Entertainment I, LLC*

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jeffrey L. Moyer
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Josh Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Blas P. Arroyo
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000

Patrick J. Flinn
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

John W. Kozak
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Dale A. Rice
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

| | |
|---|---|
| David Maxwell<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | Jeffrey S. Standley<br>Standley Law Group LLP<br>495 Metro Place South, Suite 210<br>Dublin, OH 43107<br><br>_/s/ Frederick L. Cottrell, III_<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |