# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

November 15, 2006

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801

      Re:    *Ronald A. Katz Technology Licensing, L.P. Litigation*
              Civil Action Nos. 06-543, 06-544, 06-545, 06-546, 06-547 (GMS)

Dear Judge Sleet:

      Submitted with this letter are three stipulations, subject to the Court's approval, for a three-day extension of time to November 20 for plaintiff Ronald A. Katz Technology Licensing Inc. ("RAKTL") to respond to the counterclaims of certain of the 20 defendant groups. RAKTL has filed responses to the counterclaims of two defendant groups and is filing replies to seven others today. For the remaining eleven defendants, however, there are lengthy counterclaims that contain detailed factual allegations that RAKTL must respond to separately for each defendant. Many of these defendants' counterclaims include almost 200 separate paragraphs, most of which contain multiple allegations.

      For the following defendant groups for whom we enclose stipulations, RAKTL has requested and the defendant groups have agreed to grant a three-day extension so that RAKTL has sufficient time to be able fully to evaluate the allegations and prepare its responses: TD Banknorth Inc.; LaSalle Bank Corp., et al.; Time Warner Cable Inc., et al.; AOL LLC, et al.; United States Cellular Corp., et al.; and Charter Communications, Inc., et al. RAKTL has not requested a prior extension of time.

      We appreciate the Court's consideration of this request.

                           Respectfully,

                            /s/ Julia Heaney
                            Julia Heaney (#3052)

JH/ncf
Enclosures
cc:    Clerk of the Court (by e-filing and hand delivery)
        All Counsel of Record (by e-filing)
545647

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff and defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc., and ABN AMRO Mortgage Group, Inc., subject to the approval of the Court, that Plaintiff may have until November 20, 2006 to file its reply to defendants' counterclaims.

MORRIS JAMES HITCHENS & WILLIAMS LLP

/s/ Richard K. Herrmann
_____
Richard K. Herrmann (#405)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
302.888.6816

*Attorneys for Defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc, and ABN AMRO Mortgage Group, Inc.*

November 15, 2006
545658

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.*

SO ORDERED this ___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner, Paul J. Lockwood, Richard Herrmann.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 15, 2006 upon the following individuals in the manner indicated:

## BY EMAIL

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com

Philip A. Rovner
Potter Anderson & Corroon, LLP
provner@potteranderson.com

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
plockwood@skadden.com

Richard Herrmann
Morris, James, Hitchens & Williams LLP
rherrmann@morrisjames.com

Martin J. Black
Dechert LLP
martin.black@dechert.com

David A. Roodman
Bryan Cave LLP
daroodman@bryancave.com

Kenneth R. Adamo
Jones Day
kradamo@jonesday.com

Daniel A. DeVito
Skadden, Arpts, Slate, Meagher & Glom LLP
ddevito@skadden.com

Thomas M. Dunham
Howrey LLP
dunhamt@howrey.com

Michael Bednarek
Paul Hastings Janofsky & Walker LLP
michaelbednarek@paulhastings.com

*/s/ Julia Heaney*

_____
Julia Heaney (#3052)
jheaney@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-544 (GMS) ) |
| TD BANKNORTH INC., et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff and defendant TD Banknorth Inc., subject to the approval of the Court, that Plaintiff may have until November 20, 2006 to file its reply to defendant's counterclaims.

RICHARDS, LAYTON & FINGER, P.A.

/s/ William J. Wade
_____
William Wade (#704)
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
Wilmington, DE  19801
302.651-7718

*Attorneys for Defendant TD Banknorth Inc.*


November 15, 2006
545659

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*


SO ORDERED this ___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner, Paul J. Lockwood, Richard Herrmann.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 15, 2006 upon the following individuals in the manner indicated:

**BY EMAIL**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com

Martin J. Black
Dechert LLP
martin.black@dechert.com

David A. Roodman
Bryan Cave LLP
daroodman@bryancave.com

Philip A. Rovner
Potter Anderson & Corroon, LLP
provner@potteranderson.com

Kenneth R. Adamo
Jones Day
kradamo@jonesday.com

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
plockwood@skadden.com

Daniel A. DeVito
Skadden, Arpts, Slate, Meagher & Glom LLP
ddevito@skadden.com

Richard Herrmann
Morris, James, Hitchens & Williams LLP
rherrmann@morrisjames.com

Thomas M. Dunham
Howrey LLP
dunhamt@howrey.com

Michael Bednarek
Paul Hastings Janofsky & Walker LLP
michaelbednarek@paulhastings.com

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIME WARNER CABLE INC., et al., )<br>)<br>Defendants. )<br>) | C.A. No. 06-546 (GMS) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff and defendants Time Warner Cable Inc., Time Warner NY Cable LLC, Time Warner Entertainment Company L.P., AOL LLC, Compuserve Interactive Services, Inc., Netscape Communications Corporation, United States Cellular Corporation, TDS Telecommunications Corporation, TDS Metrocom, LLC, Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, Charter Communications Entertainment I, LLC, subject to the approval of the Court, that Plaintiff may have until November 20, 2006 to file its replies to defendants' counterclaims.

- 2 -

| | |
|---|---|
| RICHARD, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Kelly E. Farnan | /s/ Julia Heaney |
| Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302.651.7700 | Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200 |
| *Attorneys for Defendants Time Warner Cable Inc., Time Warner NY Cable LLC, Time Warner Entertainment Company L.P., AOL LLC, Compuserve Interactive Services, Inc., Netscape Communications Corporation, United States Cellular Corporation, TDS Telecommunications Corporation, TDS Metrocom, LLC, Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, Charter Communications Entertainment I, LLC* | *Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P.* |

Dated: November 15, 2006
545663


SO ORDERED this ___ day of November, 2006.

 

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Frederick L. Cottrell III, Kelly Farnan and Jeffrey L. Moyer.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 15, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Fred Cottrell III<br>Kelly Farnan<br>Richards, Layton & Finger, P.A.<br>cottrell@rlf.com<br>farnan@rlf.com | Jeffery S. Standley<br>Standley Law Group LLP<br>jstandley@standleyllp.com |
| Jeffrey L. Moyer<br>Richards, Layton & Finger, P.A.<br>moyer@rlf.com | Patrick J. Flinn<br>Alston & Bird LLP<br>patrick.flinn@alston.com |
| | David M. Maxwell<br>Alston & Bird LLP<br>david.maxwell@alston.com |
| Josh A. Krevitt<br>Gibson Dunn<br>jkrevitt@gibsondunn.com | John W. Kozak<br>Steven P. Petersen<br>Leydig, Voit & Mayer, Ltd.<br>jkozak@leydig.com<br>spetersen@leydig.com |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com