IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 06-546-GMS ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

## DEFENDANTS' MOTION TO STAY ACTION PENDING THE PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF KATZ PATENTS

All of the Defendants, (*i.e.*, Time Warner Cable Inc., Time Warner NY Cable LLC, Time Warner Entertainment Company LP, AOL LLC, Compuserve Interactive Services Inc., Netscape Communications Corporation, United States Cellular Corporation, TDS Telecommunications Corporation, TDS Metrocom LLC, Qwest Communications International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc., and Qwest Interprise America, Inc. (collectively, "Defendants")) hereby move this Court to stay this action pending reexamination by the United States Patent and Trademark Office of seven of the patents-in-suit, at least four other related but unasserted patents, and the possible reexamination of another patent-in-suit. The grounds for this Motion are more fully set forth in the Defendants' Opening Brief in Support of Their Motion to Stay Action

1

Pending the Patent and Trademark Office's Reexamination of the Katz Patents filed contemporaneously herewith.

Defendants hereby certify pursuant to District of Delaware Local Rule 7.1.1 that they have conferred with counsel for Plaintiff and that Plaintiff has indicated it does not consent to the relief sought in the motion.

| | |
|---|---|
| | /s/ Jeffrey L. Moyer |
| | Jeffrey L. Moyer (#3309) |
| | Moyer@rlf.com |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| | Farnan@rlf.com |
| David K. Callahan | Richards, Layton and Finger, P.A. |
| Kirkland & Ellis LLP | One Rodney Square |
| 200 East Randolph Drive | Wilmington, DE 19801 |
| Chicago, Illinois 60601 | (302) 651-7700 |
| | *Attorneys for Qwest Communications International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc., and Qwest Interprise America, Inc.* |

Dated: December 18, 2006

|  |  |
|---|---|
|  | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
|  | Cottrell@rlf.com |
|  | Kelly E. Farnan (#4395) |
|  | Farnan@rlf.com |
|  | Richards, Layton & Finger, P.A. |
|  | One Rodney Square |
|  | Wilmington, Delaware 19801 |
|  | (302) 651-7700 |
|  | *Attorneys for Defendants Time Warner Cable Inc., Time Warner NY Cable LLC, Time Warner Entertainment Company LP, AOL LLC, Compuserve Interactive Services Inc., Netscape Communications Corporation, United States Cellular Corporation, TDS Telecommunications Corporation, TDS Metrocom, LLC, Cablevision Systems Corporation, CSC Holdings, Inc., Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, Cablevision of Rockland/Ramapo, LLC, Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, and Charter Communications* |
| Dated: December 18, 2006 | *Entertainment I, LLC* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY ELECTRONIC MAIL AND HAND DELIVERY

Mary B. Graham
Julia Heaney
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

I hereby certify that on December 18, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY ELECTRONIC MAIL

Patrick J. Flinn
Kristen L. Melton
Jeffrey A. Cooper
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

David Maxwell
William R. Hubbard
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Angela Payne James
Cherri Gregg
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Blas P. Arroyo
Alston & Bird LLP
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000

John W. Kozak
Steven P. Petersen
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Josh Krevitt
Charles J. Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506

Michael K. Plimack
Dale A. Rice
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA  94104-2878

Jeffrey S. Standley
James L. Kwak
F. Michael Speed, Jr.
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, OH 43017

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com

2

RLF1-3095386-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al., <br><br> Defendants. | § § § § § § § § § § § § § § § C.A. No. 06-546-GMS <br><br> JURY TRIAL DEMANDED |

## ORDER

On this ___ day of _____, 2007, came for consideration Defendants' Motion To Stay Action Pending The Patent And Trademark Office's Reexamination Of The Katz Patents. Having reviewed Defendants' Motion and Brief, Ronald A. Katz Technology Licensing L.P.'s Response thereto, and Defendants' Reply, the Court is of the Opinion that Defendants' Motion should be granted and this case stayed at least until the PTO's reexamination of patents assigned to Ronald A. Katz Technology Licensing L.P. is complete.

IT IS THEREFORE ORDERED that Defendants' Motion for a stay is GRANTED. Accordingly, all aspects of this case are stayed.

SO ORDERED on this _____ day of _____, 2007.

_____
THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT JUDGE