IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-546-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| TIME WARNER CABLE INC., et al. | ) ) | |
| Defendants. | ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE (WILMINGTON DIVISION)

FILED DEC 18 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Please take notice that, on December 11, 2006, Global Crossing Telecommunications, Inc. ("Global Crossing"), one of the defendants in *Ronald A. Katz Technology Licensing, L.P. v. Genesys Conferencing, Inc. et al.*, Civil Action No. 5:06-CV-187-DF (E.D. Tex.) (Texarkana Division), filed a Reply Brief in Support of Global Crossing's Motion to Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation.

Paper copies of the following documents have been served to the Clerk of the United States Court, District of Delaware (Wilmington Division) on December 11, 2006 via U.S. First Class Mail:

1. Reply Brief in Support of Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407;

2. Supplemental Declaration of Cindy Yang in Further Support of Global Crossing's Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407, including Exhibits 28-34; and

3. Certificate of Service for Global Crossing's Reply Brief in Support of Global Crossing's Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407.

Pursuant to 5.12(c) of the Rules for the Judicial Panel of Multidistrict Litigation, copies of the above-mentioned documents are attached.

Dated: December 11, 2006

Respectfully submitted,

Alfred R. Fabricant
Robert G. Gingher
Cindy Yang
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Counsel for Defendant
GLOBAL CROSSING
TELECOMMUNICATIONS, INC.