IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )     C.A. No. 06-546 (GMS) |

## STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and all of the defendants in the above-captioned case, have agreed that plaintiff may have an additional two weeks to file its Answering Brief in Opposition to Defendants' Motion to Stay Pending Reexamination (D.I. 80) so that it will be due by January 17, 2007, and that defendants may have a corresponding extension of two weeks to file their Reply Brief, so that it will be due by February 7, 2007.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan (#4395)

Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
One Rodney Square
Wilmington, DE 19801
920 North King Street
Wilmington, DE 19801
302.651.7700
*Attorneys for Defendants Qwest Communications International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, Qwest LD Corp., Qwest Broadband Services, Inc., and Qwest Interprise America, Inc.*

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney (#3052)

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200
*Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan (#4395)*
_____
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7700

*Attorneys for Defendants Time Warner Cable Inc., Time Warner NY Cable LLC, Time Warner Entertainment Company L.P., AOL LLC, Compuserve Interactive Services, Inc., Netscape Communications Corporation, United States Cellular Corporation, TDS Telecommunications Corporation, TDS Metrocom, LLC, Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, Cablevision of Rockland/Ramapo, LLC, Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, Charter Communications Entertainment I, LLC*


SO ORDERED this ____ day of December, 2006.

549713

_____
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Frederick L. Cottrell III, Kelly Farnan and Jeffrey L. Moyer.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 22, 2006 upon the following individuals in the manner indicated:

<b><u>BY E-MAIL</u></b>

| | |
|---|---|
| Fred Cottrell III<br>Kelly Farnan<br>Richards, Layton & Finger, P.A.<br>cottrell@rlf.com<br>farnan@rlf.com | Jeffery S. Standley<br>Standley Law Group LLP<br>jstandley@standleyllp.com |
| Jeffrey L. Moyer<br>Richards, Layton & Finger, P.A.<br>moyer@rlf.com | Patrick J. Flinn<br>Alston & Bird LLP<br>patrick.flinn@alston.com |
| | David M. Maxwell<br>Alston & Bird LLP<br>david.maxwell@alston.com |
| Josh A. Krevitt<br>Gibson Dunn<br>jkrevitt@gibsondunn.com | John W. Kozak<br>Leydig, Voit & Mayer, Ltd.<br>jkozak@leydig.com |

/s/ *Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com