IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-546 (GMS) ) |
| TIME WARNER CABLE INC., et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, this action in Delaware having been closed as a result of the Transfer Order of the Judicial Panel on Multidistrict Litigation transferring this action to the Central District of California (D.I. 91), the undersigned hereby withdraw their appearance in this action as counsel for plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL"). The undersigned have not been retained to represent RAKTL in the multidistrict litigation. Because this action in Delaware was closed effective 4/11/07, as reflected by docket entry of that date, counsel understands that the requirement of Delaware Local Rule 83.7 to obtain substitute Delaware counsel as counsel of record does not apply at this time. In the event that the action were to be transferred back to Delaware for later proceedings, RAKTL and its continuing counsel, Heller Ehrman LLP, who are representing RAKTL in the multidistrict litigation, understand that RAKTL would then need to obtain representation by Delaware counsel at that time as required by Delaware Local Rule 83.5(d).

RAKTL and Heller Ehrman LLP are agreeable to this withdrawal. Both Heller Ehrman LLP and the undersigned believe that withdrawal can be accomplished without material adverse effect on the interests of RAKTL. See Professional Conduct Rule 1.16(b)(1).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

OF COUNSEL:

Robert T. Haslam
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
650.324.7000

Michael K. Plimack
Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
415.772.6000

November 6, 2007
1307527

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Frederick L. Cottrell III, Kelly Farnan and Jeffrey L. Moyer.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 6, 2007 upon the following individuals in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| Fred Cottrell III<br>Kelly Farnan<br>Richards, Layton & Finger, P.A.<br>cottrell@rlf.com<br>farnan@rlf.com | Jeffery S. Standley<br>Standley Law Group LLP<br>jstandley@standleyllp.com |
| Jeffrey L. Moyer<br>Richards, Layton & Finger, P.A.<br>moyer@rlf.com | Patrick J. Flinn<br>Alston & Bird LLP<br>patrick.flinn@alston.com |
| | David M. Maxwell<br>Alston & Bird LLP<br>david.maxwell@alston.com |
| Josh A. Krevitt<br>Gibson Dunn<br>jkrevitt@gibsondunn.com | John W. Kozak<br>Steven P. Petersen<br>Leydig, Voit & Mayer, Ltd.<br>jkozak@leydig.com<br>spetersen@leydig.com |

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com